IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MOSTAFA SALEM                                                      PLAINTIFF

　　　V.　　　　　　　　　CIVIL NO. 10-2022

ERIC HOLDER, JR, Attorney General
of the United States, *et al.*                                     DEFENDANTS

## **O R D E R**

Currently before the Court is Plaintiff's motion to voluntarily dismiss his Complaint against Defendants (doc. 6). Upon due consideration, the motion is GRANTED and Plaintiff's Complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties are to bear their own fees and costs.

　　IT IS SO ORDERED this 7th day of October 2010.

　　　　　　　　　　　　　　　　　　　/s/ Robert T. Dawson
　　　　　　　　　　　　　　　　　　　Honorable Robert T. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge

**AO72A**
**(Rev. 8/82)**